UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY SPARAGO,<br><br>                               Plaintiff,<br>     v.<br><br>BEAVER MOUNTAIN LOG HOMES, INC.,<br><br>                               Defendant. | Case No. 20-CV-276 (KMK)<br><br>MOTION SCHEDULING ORDER |

KENNETH M. KARAS, District Judge:

     At the Conference held before the Court on May 11, 2020, the Court adopted the following briefing schedule: Defendant shall file its Motion To Dismiss by no later than June 11, 2020.  Plaintiff shall file a response by no later than July 11, 2020.  Defendant shall file a reply by no later than July 31, 2020.

     The Parties are reminded that there is a strict page limit of 25 pages.  Any pending deadlines found in the Federal Rules of Civil Procedure or in any applicable statute are hereby stayed until the date the Motion is decided.

     If oral argument is requested, it may be scheduled by the Court.  Please wait to hear from the Court to schedule argument.

SO ORDERED.

DATED:    May 11, 2020
                White Plains, New York

                                                        KENNETH M. KARAS
                                                        UNITED STATES DISTRICT JUDGE