UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

GARY SPARAGO,

                              Plaintiff,                **NOTICE OF MOTION**

   -against-                                           Case No. 7:20-cv-00276
                                                              (KMK)

BEAVER MOUNTAIN LOG HOMES, INC.,

                              Defendant.
_____

**PLEASE TAKE NOTICE:**

| | |
|---|---|
| **MOTION BY:** | **COUGHLIN & GERHART, LLP**<br>Paul J. Sweeney, Esq., of counsel<br>*Attorneys for Defendant, Beaver Mountain Log Homes, Inc.*<br>P.O. Box 2039<br>Binghamton, New York 13902-2039<br>Tel:  607-723-9511 |
| **ORAL ARGUMENT NOT REQUESTED:** | This motion is made on a submitted basis. |
| **DATE, TIME AND PLACE OF HEARING:** | To be determined by the Court. This motion is made on a submitted basis. However, oral argument, if ordered by the Court, shall be heard at:<br>United States District Court<br>Southern District of New York<br>Federal Building and United States Courthouse<br>300 Quarropas Street.<br>White Plains, NY 10601-4150 |
| **SUPPORTING PAPERS:** | Declaration of Paul J. Sweeney, Esq. and Memorandum of Law in Support of Motion both dated June 11, 2020. |
| **RELIEF DEMANDED:** | An Order dismissing Plaintiff's Amended Complaint in its entirety pursuant to Fed. R. Civ. P. 12(b)(6), and for such other and further relief as this Court deems just and proper. |

| | |
|---|---|
| **GROUNDS FOR RELIEF:** | The Amended Complaint fails to state a cause of action. |
| **DEMAND FOR ANSWERING PAPERS:** | Per ECF Doc #15, Plaintiff shall file a response by no later than July 11, 2020. |

Dated:  Binghamton, New York
       June 11, 2020

S/Paul J. Sweeney
Paul J. Sweeney, Esq.
Federal Bar Roll No. PS0167
Coughlin & Gerhart LLP
*Attorneys for Defendant,*
*Beaver Mountain Log Homes, Inc.*
P.O. Box 2039
Binghamton, NY 13902-2039
Telephone: (607) 723-9511
Facsimile:  (607) 723-1530
psweeney@cglawoffices.com

TO:

**THE BRICK LAW PLLC**
Brian H. Brick. Esq.
*Attorneys for Plaintiff,*
*Gary Sparago*
2 Milford Close
White Plains, NY 10606
Telephone: (917) 696-3430
brianbrick@bricklawpllc.com
(VIA ECF)