UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

GARY SPARAGO,

                           Plaintiff,

       -against-                             Case No. 7:20-cv-00276

BEAVER MOUNTAIN LOG HOMES, INC.,

                           Defendant.
_____

### DECLARATION OF PAUL J. SWEENEY, ESQ., IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)

**PAUL J. SWEENEY, ESQ.**, pursuant to 28 U.S.C. §1746, declares as follows:

1. I am a partner in the law firm of Coughlin & Gerhart, LLP and I represent the Defendant, Beaver Mountain Log Homes, Inc. ("Beaver Mountain), in the above referenced action brought by the Plaintiff, Gary Sparago ("Sparago").

2. I am fully familiar with the facts and circumstances herein and make this Declaration in support of a motion to dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6).

3. Pursuant to the Court's rules, attached as Exhibit A is a true copy of the Amended Complaint dated April 3, 2020, with exhibits [ECF Doc. #10].

Dated: June 11, 2020                                    S/ Paul J. Sweeney
                                                             PAUL J. SWEENEY