UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

GARY SPARAGO,

            Plaintiff,

    v.                                  **CERTIFICATE OF SERVICE**

                                          Case No. 7:20-CV-00276

BEAVER MOUNTAIN LOG HOMES, INC.,

            Defendant.
_____

I hereby certify that on June 11, 2020, I electronically filed the following document with the Clerk of the United States District Court, Southern District of New York using the CM/ECF system:

1. Notice of Motion to Dismiss
2. Declaration of Paul J. Sweeney, Esq. with Exhibit "A"
3. Memorandum of Law

which sent notification of such filing to the following:

    Brian H. Brick, Esq. – brianbrick@bricklawpllc.com and bricklawpllc@gmail.com

Danielle Fowler