# EXHIBIT 1



www.BeaverMtn.com

1740 County Highway 48
Deposit, NY 13754

Phone: 607-467-2700
Toll-Free: 800-233-2770
Fax: 607-467-2710

*Timeless Beauty. Naturally Home.*

## Project Time Line

- Design Consultation - Design Process Begins:      11/06/15

- Approve Home Design, Budget, Schedule & payment:      9/30/17  ($6500.00)

- Builder Selections and Select Financing:      Between 11/1/17-11/15/17

- Finalize Home Plans, Total Investment & Building Schedule :      Between 12/1/17-12/15/17

- Order Home, Purchase Agreement, next payment:      12/15/17

- Custom Home Production  process begins and next payment:      6/14/18

- Beaver Mountain Delivery and Final Payment - Construction Begins:      9/6/18

- Delivery of Interior Materials - Construction Continues :      As Needed

- Proposed Move In, Relax and Enjoy Your New Home: