# EXHIBIT 2

**BEAVER MOUNTAIN**
Log & Cedar Homes

*Timeless Beauty. Naturally Home.*

www.BeaverMtn.com

1740 County Highway 48
Deposit, NY 13754

Phone: 607-467-2700
Toll-Free: 800-233-2770
Fax: 607-467-2710

## Sparago Site Visit Summary – November 6, 2015

**Attendees:** Chris Weyer, Regional Building Consultant; John Lanner, Design Consultant & Project Coordinator; Gary & Connie Sparago, Client

### Summary:

- Introduced Sr. Design Consultant / Project Coordinator John Lanner and his role on project team
- Conducted site assessment- Identified location of septic tank/field, well & power in relation to proposed addition
- Existing home (BM) is very well maintained and in excellent condition
- Reviewed and discussed size, scope of addition and Gary & Connie's needs – Looking to gain about 400-600 sqft
- Would like to add a larger sitting/living room area, bath, and new deck- will also replace kitchen cabinets & countertops
- Gary intends to put addition on a crawl space
- Provided advice on adding glass to existing living room gable- possible separate project prior to addition
- Discussed possibly adding dimmer switches to existing lighting in great room
- Took measurements of existing cabin as required for plan development
- Reviewed timeline & building plan- would like to begin initial planning based on project to commence in April 2017
- Discussed follow up meeting within a few weeks to review Conceptual plan, preliminary turnkey pricing, timeline
- Discussed builder candidates – Max Dutcher, etc.
- Provided initial design and planning retainer

### Action Items:

1) Generate conceptual drawings – BMLCH/ John Lanner
2) Generate preliminary turnkey estimate- BMLCH/ John Lanner
3) Generate timeline & building Plan- BMLCH/ John Lanner

Page 1 of 2