# EXHIBIT 3



**Beaver Mountain Log & Cedar Homes**

*Timeless Beauty. Naturally Home.*

www.BeaverMtn.com

1740 County Highway 48
Deposit, NY 13754

Phone: 607-467-2700
Toll-Free: 800-233-2770
Fax: 607-467-2710

## Sparago Design Review Summary– December 11, 2015

**Attendees:** Chris Weyer, Regional Building Consultant; John Lanner, Design Consultant & Project Coordinator; Gary & Connie Sparago, Client

### Summary:

- Reviewed timeline and building plan; at this time Gary would like to target Spring 2017 for project to commence
- Sr. Design Consultant / Project Coordinator John Lanner presented conceptual drawings, answered questions and provided feedback
- Overall drawings were well received with a few minor changes to bathroom layout were discussed
- Reviewed BMLCH material specifications & preferences
- Discussed interior appointments- sheetrock, pine, HVAC, etc.
- Identified areas where sheetrock and pine were desired
- Provided preliminary turnkey estimate of $140K-$160K (excluding kitchen remodel/makeover).
- Estimated low $55K-$65K for BMLCH materials & services
- Reviewed general payment terms for BMLCH- 20%, 30% & final payment
- Discussed builder introductions and next step(s) based on a Spring 2017 time frame

### Action Items:

1) None at this present time

### Next Meeting –April 2016 TBD

cc: Chris Weyer , John Lanner