# EXHIBIT  4



www.BeaverMtn.com

**BEAVER MOUNTAIN**
Log & Cedar Homes

*Timeless Beauty. Naturally Home.*

1740 County Highway 48
Deposit, NY 13754

Phone: 607-467-2700
Toll-Free: 800-233-2770
Fax: 607-467-2710

# Sparago Design Review Summary– September 16, 2017

**Attendees:** Gary & Connie Sparago, Client; Chris Weyer, Regional Building Consultant;

## Summary:

- Reviewed general timeline & building plan; Fall 2018 target- Chris to generate schedule to illustrate recommended approach

- Discussed current drawings and answered questions on pro's / con's on leaving existing bath alone

- Discussed changes to drawings:

    - Add 2' width and 2' length

    - Re-work living room gable glass & add 2 more panels of fixed glass next to door

    - Add a rectangular window above toilet

    - Will likely change entry door(s)

    - Stone on exposed area of foundation and about 3' up on mudroom
      Discussed additional projects to be addressed once construction begins

    - Adding window in existing living room

    - Staining interior partition walls that never got stained originally

- Discussed next payment and outlined expectations for the next few months

## Action Items:

1) Generate updated timeline & building plan to accommodate fall 18' – BMLCH/ Chris Weyer
2) Forward next payment for final drawings – Gary & Connie
3) Generate final architectural drawings incorporate aforementioned changes – BMLCH / John Lanner
4) Builder Introductory meeting(s) on Site- BMLCH/ CW (Early-Mid November)

## Project Timeline: See Attached

**Next Call** – Week of 9/25, Time & Date to be determined

cc: Chris Weyer , John Lanner