# EXHIBIT 5



**BEAVER MOUNTAIN**
Log & Cedar Homes

*Timeless Beauty. Naturally Home.*

www.BeaverMtn.com

1740 County Highway 48
Deposit, NY 13754

Phone: 607-467-2700
Toll-Free: 800-233-2770
Fax: 607-467-2710

## Sparago Builder Introductions Summary– November 10, 2017

**Attendees:** Gary & Connie Sparago, Client; Chris Weyer, Regional Building Consultant; John Lanner, Sr. Design Consultant/Project Coordinator; 3 Builder Candidates

### Summary:

- Reviewed timeline & building plan; no changes at this time
- Discussed order deadline of 12/15/17 & Spring Early Order Incentives; received permission to offer since Gary is a past customer
- Formally introduced (3) contractors- RJ Beechel, Bobby Brown, Tom Katz
- All (3) contractors were very well received & there are currently no issues with projected timeline
- Discussed scope of work and provided clarification on BM materials & desired interior appointments
- Suggested since satisfied with Sikkens products; best to pull out Perma-chink on the BM material list
- Reviewed floor plans & elevations from the final drawings – One window change in bathroom of which John L made a note
- Discussed a few additional projects on the existing cabin (i.e. adding window(s), select staining, lighting, kitchen updates, cultured stone at foundation, entry doors, T &G pine etc.)
- Outlined expectations for the next few weeks/ month

### Action Items:

1) Forward builder bid packets to all (3) candidates- BMLCH/ John Lanner
2) Generate pricing for BMLCH material package- BMLCH
3) Compile builder bids and generate bid analysis for future meeting- BMLCH
4) Coordinate follow up meeting to review Bids & select contractor- BMLCH/ Chris Weyer

### Project Timeline: See Attached

**Next Call** – Week of December 4th or 11th – Exact date/time –TBD

cc: Chris Weyer, John Lanner