# EXHIBIT 6



# BEAVER MOUNTAIN
## Log & Cedar Homes
*Timeless Beauty. Naturally Home.*

# Gary & Connie Sparago
# Project Analysis

**Prepared By:**            **12/6/17**
John Lanner – Design Consultant / Project Coordinator
JoAnn Drumm - Sales Administrator



**BEAVER MOUNTAIN**
Log & Cedar Homes
Timeless Beauty. Naturally Home.

## Gary & Connie Sparago
## Home Project Analysis

*Construction Companies Bidding Project:*

R & L Builders - RJ Beechel          Bid Received  12/4/17
Dutcher Construction - Bob Brown     Bid Received  12/4/17
TK Construction - Tom Katz           Bid Received  12/4/17

| Category | R&L Builders | Dutcher Construction | TK Construction | Misc. Notes |
|---|---|---|---|---|
| Misc. Permits and Engineering | $1,500.00 | $1,500.00 | $1,500.00 | *Estimated |
| Excavation, Driveway and General Site Prep | $6,800.00 | Included | $0.00 | |
| Landscaping | NA | NA | NA | |
| Well | NA | NA | NA | |
| Septic | NA | NA | NA | |
| Foundation - Slab | $24,800.00 | $40,000.00 | $34,037.00 | |
| Site Work Total (Estimated): | $33,100.00 | $41,500.00 | $35,537.00 | |

| Category | R&L Builders | Dutcher Construction | TK Construction | Misc. Notes |
|---|---|---|---|---|
| Shell Labor (including porches and decks) | $32,600.00 | $37,500.00 | $60,835.00 | |
| Fireplace | NA | NA | NA | |
| Plumbing | $6,500.00 | $9,500.00 | $6,250.00 | |
| Electrical | $8,500.00 | $8,500.00 | $10,000.00 | |
| HVAC - Radiant | $12,800.00 | $9,500.00 | $14,000.00 | |
| Insulation | $8,500.00 | $9,000.00 | $9,000.00 | |
| Interior Finish / Interior Carpentry | $15,100.00 | $17,500.00 | $17,920.00 | |
| Kitchen - Cabinets | $5,500.00 | $8,500.00 | $2,700.00 | |
| Tile & Countertops | $3,200.00 | $4,500.00 | $1,600.00 | |
| Cleaning, Sanding, Staining & Painting | $5,800.00 | $8,700.00 | $2,350.00 | |
| Flooring Allowance | $7,500.00 | $8,500.00 | $11,350.00 | |
| Appliances | $1,500.00 | $750.00 | $1,000.00 | |
| Utility Hook-Up(s) | $0.00 | $0.00 | $0.00 | |
| Gutters, Downspouts, etc. | $0.00 | $2,500.00 | $1,430.00 | |
| Misc. - Temp Elec, Off Loading, Clean Up, etc. | $30,000.00 | $20,000.00 | $9,950.00 | |
| Other | $0.00 | $4,000.00 | $7,525.00 | |
| Total Construction Cost | $137,500.00 | $148,950.00 | $155,910.00 | |
| * Total Beaver Mountain Cost | $78,328.00 | $78,328.00 | $78,328.00 | Includes 2018 Early Order Promotion |
| Site Work (Estimated) | $33,100.00 | $41,500.00 | $35,537.00 | |
| Total Project Investment | $248,928.00 | $268,778.00 | $269,775.00 | |

* All numbers based on acquisition cost.

Compiled By:
John Lanner - Design Consultant / Project Coordinator



**BEAVER MOUNTAIN**
Log & Cedar Homes

*Timeless Beauty. Naturally Home.*

www.BeaverMtn.com

1740 County Highway 48
Deposit, NY 13754

Phone: 607-467-2700
Toll-Free: 800-233-2770
Fax: 607-467-2710

December 6, 2017

Gary & Connie Sparago
31 Leary Lane
Edgewater, NJ 07020

Dear Mr. & Mrs Sparago:

Once again it has been an absolute pleasure to work with you on your new home project. I am excited about the progress we have made over the past few months and remain confident we are getting closer to achieving your dream home.

As promised I have provided pricing from (3) qualified builders for your review. I have summarized the documents contained in this pricing package below:

A) <u>**Estimate request dated 11/14/17**</u> – including preliminary construction notes, specifications, copy of Design Drawings

B) <u>**Summary – Builder Analysis Summary**</u>

C) <u>**Estimates/Worksheets**</u>

D) <u>**Beaver Mountain Log & Cedar Homes Summary**</u>

I appreciate this opportunity and look forward to proceeding to the next phase in your new home project.

Sincerely,


John Lanner, CGP
Design Consultant / Project Coordinator