# EXHIBIT 7



**BEAVER MOUNTAIN**
Log & Cedar Homes

*Timeless Beauty. Naturally Home.*

www.BeaverMtn.com

1740 County Highway 48
Deposit, NY 13754

Phone: 607-467-2700
Toll-Free: 800-233-2770
Fax: 607-467-2710

November 14, 2017

Max Dutcher (Bob Brown)
76 Park Street
Walton, NY 13856

Dear Max:

On behalf of Gary & Connie Sparago, I am pleased to inform you that you have been selected to bid the construction of their Beaver Mountain Home Addition.

The enclosed specifications are for a **construction bid**. The project is scheduled to commence on or before **September 6th, 2018**. If the timeline or any of the specifications should change, we will promptly notify you. In order to meet the above timeline, please have your competitive bid submitted to Beaver Mountain by December 4th, 2017.

In order for Beaver Mountain to assist the Sparagos' through the bid process, bids should be broken down and submitted on the attached "Builder Pricing Worksheet". Miscellaneous notes can be included on the worksheet or attached. Ancillary bid documentation can be submitted along with the completed Builder Pricing Worksheet.

Finally, as part of our services to Mr. and Mrs. Sparago and to meet our goal at Beaver Mountain to save our client's time, it is imperative for you to coordinate this process through our office. So that they get the full benefit of a seamless and efficient process, they have been asked to do the same. I would ask that your bid be returned to 200 Beaver Mountain Drive, Hancock, NY 13783. ATTENTION: John Lanner or you can email it to me at jlanner@beavermtn.com

Thank you in advance for your time.

Sincerely,


John Lanner
Sr. Design Consultant / Project Coordinator
Beaver Mountain Log & Cedar Homes

encl.
cc: Gary & Connie Sparago