# EXHIBIT 8



www.BeaverMtn.com

**BEAVER MOUNTAIN**
Log & Cedar Homes

*Timeless Beauty. Naturally Home.*

1740 County Highway 48
Deposit, NY 13754

Phone: 607-467-2700
Toll-Free: 800-233-2770
Fax: 607-467-2710

## SUMMARY – Home Materials & Services

| | | | |
|---|---|---|---|
| PURCHASER: | Gary & Connie Sparago | Date: | 12/6/17 |
| Address: | 31 Leary Lane | Design No.: | 17-148-18TF |
| | Edgewater, NJ 07020 | | |
| Building Site: | Neversink, NY | Phone: | 646-857-8176 |
| County: | Sullivan | | |

HOME STYLE: 22'x24' Ranch Addition with 14'x12' Connector

- **New Home Planning & Design Services**
  - Client Discovery Meeting
  - Design Consultation & Site Assessment
  - Conceptual Home Design
  - Builder Recruitment & Bid Analysis
  - Total Investment & Project Review

- **Custom Home Materials & Services**
  - White Pine 3 X 6 M.R. Exterior, Flat Interior, Butt & Pass Corners
  - Andersen 400 Series Windows & Doors per plan
  - Engineering Services & Project Coordination
  - Split Load Delivery & Storage Services
  - On-Site Technical Assistance & Support

**Total Investment** – Beaver Mountain Products & Services $78,328.00

This information is for presentation purposes only and does not represent a complete solicitation, for the purpose of contracting with Beaver Mountain Log & Cedar Homes, Inc.

1/14