# EXHIBIT 9



**BEAVER MOUNTAIN**
Log & Cedar Homes

*Timeless Beauty. Naturally Home.*

www.BeaverMtn.com

1740 County Highway 48
Deposit, NY 13754

Phone: 607-467-2700
Toll-Free: 800-233-2770
Fax: 607-467-2710

## **PAYMENT RECEIPT** - Planning Deposit

| | | | |
|---|---|---|---|
| PURCHASER: | Gary or Connie Sparago | Date: | November 6, 2015 |
| Address: | 31 Leary Lane | Design No.: | |
| | Edgewater, NJ 07020 | | |
| Building Site: | Neversink, NY | Phone: | (646) 857-8176 |
| County: | Sulivan | | |
| HOME STYLE: | | | |

$ __3,500.00__   Non-refundable Payment Received By:   Ck# _1018_   Date: _11/6/15_

- Beaver Mountain Log Homes, Inc. d/b/a Beaver Mountain Log & Cedar Homes has received the non-refundable payment shown above. This payment will be applied towards custom home materials, provided delivery is accepted within 1 year from the payment.

- Beaver Mountain Log & Cedar Homes will provide planning services to create Design Drawings, for estimating purposes only, including elevation views and floor plans, for a custom designed home, as described above. Additional planning or design services will be subject to additional charges, payable in advance. These Copyrighted Drawings may not be copied or used for any purpose. without written permission, other than the construction of a building produced by Beaver Mountain Log & Cedar Homes.

- Beaver Mountain Log & Cedar Homes will develop a formal timeline as part of our process. The Purchaser's active participation is necessary to achieve timely and satisfactory results.

- The Purchaser represents and warrants that any plans and/or sketches that they have provided not are the result of unauthorized use of copyrighted works and further agrees to indemnify and hold Beaver Mountain Log & Cedar Homes harmless from liability incurred

- Upon Order, with receipt of signed Purchase Agreement, signed Design Drawings and non-refundable order payment, the Construction, Assembly and Detail Drawings will be completed and the Delivery Date will be scheduled. Materials will be supplied as specified and additional payments will be due per the terms of the Purchase Agreement.

Purchaser/Co-Purchaser Acceptance _____ Date _____ Beaver Mountain _____ Date

*Thank You, We look forward to helping make your dream home become a reality!*   1/14



**BEAVER MOUNTAIN**
Log & Cedar Homes

*Timeless Beauty. Naturally Home.*

www.BeaverMtn.com

1740 County Highway 48
Deposit, NY 13754

Phone: 607-467-2700
Toll-Free: 800-233-2770
Fax: 607-467-2710

## PAYMENT RECEIPT

HOME OWNER: Gary or Connie Sparago
Address: 31 Leary Lane
Edgewater, NJ 07020

Date: September 28, 2017
Design #:
Phone: (646) 857-8176
Site: 134 Seeman Rd. Neversink NY
County: Sullivan

HOME STYLE: 20'X22' Ranch Addition With 14'X12' Connector

- Approx. Main Level Area: _____     • Approx. Upper Level Area: _____
- Approx. Lower Level Area: _____

$ 6,500.00   Pre-Manufacturing Payment Received By:   Check # 1001     Date: 9/26/17

- Beaver Mountain Log & Cedar Homes has received the payment shown above, this payment will be applied towards custom home materials and Construction, Assembly and Detail Drawing.
- In the event that the Purchaser elects NOT to proceed with this order <u>less than 12 weeks</u> prior to the scheduled Delivery Date, a refund, if any will be directly proportional to the status of production and/or ordering of materials specified with a minimum of 25% of total material sale price for liquidation charges.
- In the event that the Purchaser elects NOT to proceed with this order <u>at least 12 weeks</u> prior to the scheduled Delivery Date and prior to the start of manufacturing, Beaver Mountain Log & Cedar Homes shall retain a minimum of 10% of total material sale price for Design, Drawing, Engineering and Administration charges.
- Construction, Assembly and Detail Drawings will be completed as specified in the signed Purchase Agreement and the signed Detail Drawings. These Copyrighted Drawings may not be copied or used for any purpose, without written permission, other than the construction of a building produced by Beaver Mountain Log & Cedar Homes.

_____        _____        *[signature]*              9-28-17
Purchaser/Co-Purchaser Acceptance      Date          Beaver Mountain             Date

*Thank You, We look forward to helping make your dream home come alive!*

9/17



www.BeaverMtn.com

**Log & Cedar Homes**

*Timeless Beauty. Naturally Home.*

1740 County Highway 48
Deposit, NY 13754

Phone: 607-467-2700
Toll-Free: 800-233-2770
Fax: 607-467-2710

## PAYMENT RECEIPT

| | | | |
|---|---|---|---|
| HOME OWNER: | Gary or Connie Sparago | Date: | 12/8/17 |
| Address: | 31 Leary Lane | Design #: | 17-148-18TF |
| | Edgewater, NJ 07020 | Phone: | (646) 857-8176 |
| | | Site: | Neversink, NY |
| | | County: | Sullivan |

HOME STYLE: 22'X24' Ranch Addition With 14'X12' Connector

- Approx. Main Level Area: _____    • Approx. Upper Level Area: _____
- Approx. Lower Level Area: _____

$ 16,000.00   Pre-Manufacturing Payment Received By:   Check # 1002        Date: 12/8/17

- Beaver Mountain Log & Cedar Homes has received the payment shown above, this payment will be applied towards custom home materials and Construction, Assembly and Detail Drawing.

- In the event that the Purchaser elects NOT to proceed with this order <u>less than 12 weeks</u> prior to the scheduled Delivery Date, a refund, if any will be directly proportional to the status of production and/or ordering of materials specified with a minimum of 25% of total material sale price for liquidation charges.

- In the event that the Purchaser elects NOT to proceed with this order <u>at least 12 weeks</u> prior to the scheduled Delivery Date and prior to the start of manufacturing, Beaver Mountain Log & Cedar Homes shall retain a minimum of 10% of total material sale price for Design, Drawing, Engineering and Administration charges.

- Construction, Assembly and Detail Drawings will be completed as specified in the signed Purchase Agreement and the signed Detail Drawings. These Copyrighted Drawings may not be copied or used for any purpose, without written permission, other than the construction of a building produced by Beaver Mountain Log & Cedar Homes.

_____   Date: _____   [signature]   12-8-17
Purchaser/Co-Purchaser Acceptance                    Beaver Mountain   Date:

*Thank You, We look forward to helping make your dream home come alive!*