UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

GARY SPARAGO,

        Plaintiff,

v.

BEAVER MOUNTAIN LOG HOMES, INC.,

        Defendant.
_____

**CERTIFICATE OF SERVICE**

Case No. 7:20-CV-00276

I hereby certify that on July 31, 2020, I electronically filed the following document with the Clerk of the United States District Court, Southern District of New York using the CM/ECF system:

    1. Reply Memorandum of Law In Further Support of Motion to Dismiss Amended Complaint

which sent notification of such filing to the following:

    Brian H. Brick, Esq. – brianbrick@bricklawpllc.com and bricklawpllc@gmail.com

_____
Colleen M. O'Hara Guse